UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-cv-05476-ADS    Date: October 30, 2023

Title: _Del Shawn Schoenhoeft v. Kilolo Kijakazi_

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s): None Present

Attorney(s) Present for Defendant(s): None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE PLAINTIFF'S BRIEF**

On July 7, 2023, Plaintiff Del Shawn Schoenhoeft filed a social security complaint pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On July 13, 2023, the Court issued the Standing Order for this case. (Dkt. No. 7.) The Standing Order states that "[t]he Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) shall govern this action." (Id. at 1.) Rule 6 of the Supplemental Rules states that "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later." On September 11, 2023, Defendant Kilolo Kijakazi filed the Answer. (Dkt. No. 11.) As of the date of this Order, Plaintiff has not filed a brief for his requested relief.

If Plaintiff wishes to proceed with this lawsuit, he must either: (1) file and serve a brief as required by Rule 6; or (2) show cause why he is unable to do so by no later than **November 3, 2023**. Failure to comply with this Order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**Plaintiff is expressly warned that his failure to timely respond to this Order as directed above may result in this action being dismissed for failure**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-cv-05476-ADS                             Date:  October 30, 2023

Title:  *Del Shawn Schoenhoeft v. Kilolo Kijakazi*

**to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

      **IT IS SO ORDERED.**

                                  Initials of Clerk kh