JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL S. S., an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-05476 ADS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: 08/28/2024

                                        /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge